IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JESSICA CASEY and JASON COLEMAN, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>RELIANCE TRUST COMPANY,  a Georgia corporation,<br><br>        Defendant. | Case No. 4:18-CV-00424-ALM |

NOTICE OF SETTLEMENT AND
JOINT MOTION TO STAY PROCEEDINGS

WHEREAS, on January 10, 2020, the Parties reached a class settlement in principle; and

WHEREAS, the Parties jointly request that the Court enter a stay of these proceedings for sixty (60) days to allow the Parties to formalize the settlement agreement and file a motion for preliminary approval of class settlement and supporting documents;

THEREFORE, the Parties request that the Court order that:

1.      All pre-trial deadlines and all current briefing deadlines are stayed for sixty (60) days; and

2.      (a) Should the parties be unable to formalize the settlement agreement and file a motion for preliminary approval of class settlement and supporting documents within sixty (60) days, or (b) should the Court not approve the anticipated class settlement, then the parties and the Court will enter a new Scheduling Order to address the deadlines that remain in this case, including any pending motions and a new trial date.

Dated: January 13, 2020

Respectfully submitted,

/s/ W. Bard Brockman
W. Bard Brockman
Georgia No. 084230
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree Street, NW
One Atlantic Center, 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 420-0507
Email: bard.brockman@bclplaw.com

Gregory J. Sachnik, Lead Attorney
Attorney-in-Charge
Texas Bar No. 17503800
**BRYAN CAVE LEIGHTON PAISNER LLP**
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201-2784
Telephone: (214) 721-8000
Facsimile: (214) 72108100
Email: Gregory.sachnik@bclplaw.com

Jeffrey S. Russell (Admitted Pro Hac Vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square 211 North
Broadway Suite 3600 St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
Email: jsrussell@bclplaw.com
*Counsel for Defendant*

/s/ Gregory Y. Porter
Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
James L. Kauffman (*pro hac vice*)
Alexandra L. Serber (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
E-mail: gporter@baileyglasser.com
E-mail: rjenny@baileyglasser.com
E-mail: jkauffman@baileyglasser.com
E-mail: aserber@baileyglasser.com

Thomas R. Ajamie
Texas Bar No. 00952400
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
**AJAMIE LLP**
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
E-mail: tajamie@ajamie.com
E-mail: jedwards@ajamie.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that, on January 13, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Gregory Y. Porter
Gregory Y. Porter

**CERTIFICATE OF CONFERENCE**

On January 13, 2020, I personally discussed by telephone the relief requested in plaintiffs' motion to seal with defendant's counsel Bard Brockman, who stated that defendant is not opposed to the relief sought in this motion.

/s/ Gregory Y. Porter
Gregory Y. Porter

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **JESSICA CASEY and JASON COLEMAN, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,** | |
| **Plaintiffs,** | **Case No. 4:18-CV-00424-ALM** |
| **v.** | |
| **RELIANCE TRUST COMPANY, a Georgia corporation,** | |
| **Defendant.** | |

**ORDER GRANTING
JOINT MOTION TO STAY PROCEEDINGS**

After considering the Parties' *Joint Motion to Stay Proceedings*, the Court:

GRANTS the Parties' *Joint Motion to Stay Proceedings*;

ORDERS that all current and remaining deadlines are vacated and the case is stayed for 60

days; and

ORDERS that the parties file their motion for preliminary approval of class settlement by

March 13, 2020.