IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JESSICA CASEY and JASON COLEMAN, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RELIANCE TRUST COMPANY, a Georgia corporation,<br><br>    Defendant. | Case No. 4:18-CV-00424-ALM |

**ORDER GRANTING
JOINT MOTION TO STAY PROCEEDINGS**

Pending before the Court is the Parties' Joint Motion to Stay Proceedings (Dkt. #153). The Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that all current and remaining deadlines are vacated and the case is stayed for 60 days. The parties are directed to file their motion for preliminary approval of class settlement by March 13, 2020.

It is further ORDERED that all pending motions are denied as moot at this time, subject to reinstatement, if necessary.

  **IT IS SO ORDERED.**

  SIGNED this 23rd day of January, 2020.

                     AMOS L. MAZZANT
                     UNITED STATES DISTRICT JUDGE